AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Mississippi

| | |
|---|---|
| JONATHAN MILLER <br><br> *Plaintiff(s)* <br> v. <br> DEPUTY XAVIER THIGPEN, <br> Individually and in his official capacity, and <br> JONES COUNTY, MISSISSIPPI <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-97-HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JONES COUNTY, MISSISSIPPI
Bart Gavin, Chancery Clerk
415 N. 5th Avenue
Laurel, MS 39441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael V. Cory, Jr.
DANKS, MILLER & CORY, PA
P.O. Box 1759
Jackson, Mississippi 39215-1759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: July 2, 2024                             C. Duckworth
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jones County Chancery Court Clerk Concetta S. Brooks, Clerk
was received by me on *(date)* July 3, 2024.

☐ I personally served the summons on the individual at *(place)* 415 N. 5th Avenue, Laurel, MS. 39440
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robin Russell Deputy Court Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* Jones County Chancery Court
on *(date)* July 8, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 8, 2024

*Server's signature*

Michael D. Morrison - Process Server
*Printed name and title*

P.O. Box 15236
Hattiesburg, MS. 39404
601-582-5001
*Server's address*

Additional information regarding attempted service, etc:
See Attached Receipt for Service of Process - 2:24-cv-97-HSO-BWR

# RECEIPT FOR SERVICE OF PROCESS

**DATE:** July 8, 2024

**Concetta Brooks**, Chancery Clerk

**TO:** ~~Bart Gavin, Jo~~nes County Chancery Court Clerk

**CASE:** Jonathan Miller
Versus
Deputy Xavier Thigpen

**DOCUMENT:** Summons in a Civil Matter, Complaint

**NO:** 2:24-cv-97-HSO-BWR

_Robin Russell, Deputy Clerk_
**RECEIPT SIGNATURE**

[Seal: Chancery Court, Jones County, Miss., Second District]