AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JONATHAN MILLER | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-97-HSO-BWR |
| DEPUTY XAVIER THIGPEN, Individually and in his official capacity, and JONES COUNTY, MISSISSIPPI | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPUTY XAVIER THIGPEN
419 Yates Avenue
Laurel, MS 39440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael V. Cory, Jr.
> DANKS, MILLER & CORY, PA
> P.O. Box 1759
> Jackson, Mississippi 39215-1759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: July 2, 2024

*C. Duckworth*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy Xavier Thigpen - Jones County Sheriff's Department

was received by me on *(date)* July 3, 2024 .

☐ I personally served the summons on the individual at *(place)* 419 Yates Avenue, Laurel, MS. 39440 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christa McLain - Jones County Sheriff's Department , who is designated by law to accept service of process on behalf of *(name of organization)* Jones County Sheriff's Department on *(date)* July 8, 2024 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 8, 2024

*Server's signature*

Michael D. Morrison - Process Server
*Printed name and title*

P.O. Box 15236
Hattiesburg, MS. 39404
601-582-5001
*Server's address*

Additional information regarding attempted service, etc:
See Attached Receipt for Service of Process - 2:24-cv-97-HSO-BWR

# **RECEIPT FOR SERVICE OF PROCESS**

**DATE:** July 8, 2024

**TO:** Deputy Zavier Thigpen – Jones County Sheriff's Department

**CASE:** Jonathan Miller
Versus
Deputy Xavier Thigpen

**DOCUMENT:** Summons in a Civil Matter, Complaint

**NO:** 2:24-cv-97-HSO-BWR

*Christa McLain*
**RECEIPT SIGNATURE**